IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **ANSEL ROJAS FUNDORA** and §<br>**VANESSA FIGUEIREDO,** §<br>　　　　*Plaintiffs*, §<br>　§<br>**v.** §<br>　§<br>**LARRY GARY TRUCKING, INC.,** and §<br>**ROGER M. LEE,** §<br>　　　　*Defendants*. § | **MO:23-CV-00015-RCG** |

## ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the Parties' Stipulation of Dismissal with Prejudice filed October 21, 2024. (Doc. 43). This case is before the undersigned through an Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

In this Stipulation, the parties agree and stipulate that Plaintiff's claims against Defendants should be dismissed with prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). The request to dismiss all claims against Defendant is hereby **GRANTED**.

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. Each party shall bear and pay their respective attorney fees and costs herein. All pending motions, if any, are **DENIED AS MOOT**.

　　　　It is so **ORDERED**.

SIGNED this 22nd day of October, 2024.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE